[Civ. No. 501. Fourth Appellate District.—September 14, 1933.]

ELSIE MAY COMSTOCK, a Minor, etc., et al., Respondents, v. FREDERICK E. KAHEN et al., Appellants.

Paul Nourse and Forrest A. Betts for Appellants.

Bert L. Irving for Respondents.

BARNARD, P. J.—The clerk's transcript and the reporter's transcript were filed on August 19, 1930. By stipulation, the time within which the appellants might file their opening brief was extended to January 15, 1931. No briefs have ever been filed and no response has been made to an order made by this court to show cause on September 12, 1933, why the appeal should not be dismissed.

The appeal is dismissed.

Marks, J., and Jennings, J., concurred.